**Nicole L. ZELLNER, Plaintiff–Appellant**

v.

**WELLS FARGO BANK; Rushmore Loan Management; U.S. Bank, Defendants–Appellees.**

No. 15–2282.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 19, 2016.

Filed: Feb. 24, 2016.

Nicole L. Zellner, Hugo, MN, pro se.

Ashley M. Deminck, Ellen B. Silverman, Hinshaw & Culbertson, Minneapolis, MN, Christina M. Snow, Wilford & Geske, Woodbury, MN, for Defendant–Appellee.

Before MURPHY, SMITH, and KELLY, Circuit Judges.

PER CURIAM.

In this action arising out of the foreclosure sale of her home, Nicole Zellner appeals the district court's[1] grant of defendants' motions for judgment on the pleadings. Following careful de novo review of the pleadings and public records attached thereto, see *Porous Media Corp.*

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

*v. Pall Corp.*, 186 F.3d 1077, 1079 (8th Cir.1999), we affirm for the reasons articulated in defendants' unopposed motions and relied on by the district court. *See* 8th Cir. R. 47B. Zellner's motion to supplement the record is denied.